IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL JOSEPH NILIO,

      Appellant,

 v.                                   Case No.  5D23-82
                                        LT Case No. 2017-001862-CF

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 3, 2023

3.850 Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Michael J. Nilio, Cross City, pro se.

Ashley Moody, Attorney General,
and Trisha Meggs Pate, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

    AFFIRMED.


BOATWRIGHT, MACIVER and PRATT, JJ., concur.